**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/24/20**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

UMAR SADIQ,

                Defendant.

No. 18-CR-816 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the ongoing COVID-19 pandemic, the sentence date currently scheduled for April 3, 2020 is adjourned to June 18, 2020 at 2:30 p.m.

SO ORDERED.

Dated:    March 24, 2020
            New York, New York

_____
Ronnie Abrams
United States District Judge