

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2020

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Sadiq, et al.*, S1 18 Cr. 816 (RA)

Dear Judge Abrams:

    The Government writes, with consent of defense counsel, to request that the Court adjourn the sentencings scheduled in the above-captioned matter. Specifically, the Government requests that the Court reschedule Rashid Mahmood's sentencing for June 24, 2020 at 11:00 a.m., and that the Court reschedule Umar Sadiq's sentencing for June 24, 2020 at 3:00 p.m.

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                  United States Attorney

           By:       _/s/ Sheb Swett_
                                  Sheb Swett
                                  Assistant United States Attorney
                                  Southern District of New York
                                  (212) 637-6522

cc:    All Counsel (by ECF)

Application granted. The sentence for Mr. Mahmood is rescheduled to June 24, 2020 at 11:00 a.m. and will be held by video conference. The sentence for Mr. Sadiq is adjourned to June 24, 2020 at 3:00 p.m. and will be held by video conference.

SO ORDERED.

_/s/ Ronnie Abrams_
Ronnie Abrams, U.S.D.J.
June 10, 2020