USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

UMAR SADIQ,

Defendant.

No. 18-CR-816

ORDER

RONNIE ABRAMS, United States District Judge:

The conference line for the sentencing scheduled on June 26, 2020 at 1:00 p.m. is (888) 363-4749, and the access code is 1015508. This conference line is open to the public. The Court will email the parties with information on the videoconferencing technology.

SO ORDERED.

Dated:  June 25, 2020
        New York, New York

Ronnie Abrams
United States District Judge