UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------
UNITED STATES

vs.

------------------------------------------------

**ORDER**

**CR**

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant,

, Reg # (          ) -054,   be released from custody, subject to previously applicable bail conditions. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are  encountered.

_____
United States District Judge

_____
Date